United States District Court
Southern District of Texas
**ENTERED**
April 29, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARIA VALLE INDIVIDUALLY AND AS NEXT OF FRIEND OF JOSE VALLE AND BRAYAN VALLE (MINORS) *Plaintiff* | § § § § § | |
| v. | § § | Case No. 4:23-cv-04578 |
| MICHEAL ADAMS AND SANDY BERNARD WALKER *Defendants.* | § § § § § | |

# ORDER

Before the Court is Plaintiffs' Second Unopposed Motion to Continue the Initial Pre-Trial and Scheduling Conference. (D.E.10). For good cause shown, the motion to continue is GRANTED (D.E.10). The Initial Pre-Trial Conference currently set for May 7, 2024, is CANCELED. Instead, the Initial Pre-Trial and Scheduling Conference will be held on July 5th, 2024, at 10:45 a.m.

SO ORDERED

*[signature]*

RICHARD W. BENNETT
UNITED STATES MAGISTRATE JUDGE

Dated: Houston, Texas
April 29, 2024